**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | **Civil Action No.: 1:24-cv-3387** |
| **v.** | |
| **KEVIN CROTTY,** | |
| **Defendant.** | |

**PLAINTIFF SEC'S UNOPPOSED MOTION FOR ENTRY OF
FINAL JUDGMENT AS TO DEFENDANT KEVIN CROTTY**

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court to enter Final Judgment against Defendant Kevin Crotty ("Crotty") in the form submitted herewith. In support of this motion, the SEC states as follows:

1.     The SEC filed this civil action on April 26, 2024, asserting that Crotty violated the federal securities laws by engaging in insider trading. *See* Dkt. No. 1. On April 23, 2024, the United States Attorney's Office for the Northern District of Illinois filed a criminal information against Crotty alleging substantially similar facts. *See United States v. Crotty*, 1:24-CR-00198 (N.D. Ill., Apr. 23, 2024) (Seeger, J.).

2.     The SEC and Crotty have reached a settlement. Pursuant to the settlement, Crotty has executed the written consent ("Consent") attached as *Exhibit A*.

3.     Under the Consent's terms, Crotty: (a) waived service of process; (b) made a general appearance; (c) admitted the Court's jurisdiction over him and over the subject matter of

this action; and (d) consented to the entry of the proposed final judgment ("Final Judgment") submitted herewith.

4.    Pursuant to the Consent, Crotty agreed that the SEC "may present the Final Judgment to the Court for signature and entry without further notice." Consent at ¶ 14.

5.    The Final Judgment disposes of all issues in the SEC's case against Crotty. However, as set forth in the Final Judgment, this Court shall retain jurisdiction of this matter for the purpose of enforcing the Final Judgment's terms.

6.    For these reasons, the SEC respectfully requests that the Court grant this Motion and enter the Final Judgment.

Dated:  May 10, 2024                    Respectfully submitted,


                                        /s/ *Jason J. Rose*
                                        JASON J. ROSE*
                                        Texas Bar No. 24007946
                                        SECURITIES AND EXCHANGE
                                        COMMISSION
                                        Burnett Plaza, Suite 1900
                                        801 Cherry Street, Unit 18
                                        Fort Worth, Texas 76102
                                        (817) 978-1408 (jjr)
                                        (817) 978-4927 (facsimile)
                                        rosej@sec.gov

                                        *appearing pro hac vice

                                        ATTORNEY FOR PLAINTIFF
                                        SECURITIES AND EXCHANGE
                                        COMMISSION

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 8, 2024, counsel for the SEC conferred with counsel for Defendant Kevin Crotty in which he confirmed that his client was unopposed to the relief sought in this Motion.

/s/ *Jason J. Rose*
JASON J. ROSE

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024, a copy of foregoing *Plaintiff SEC's Unopposed Motion for Entry of Final Judgment as to Defendant Kevin Crotty* was filed electronically and that notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. The motion was also served by e-mail on the following counsel for Defendant Kevin Crotty:

Gil M. Soffer
Christopher J. Stetler
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661
(312) 902-5474 (gms)
(312) 902-5363 (cjs)
gil.soffer@katten.com
christopher.stetler@katten.com

/s/ *Jason J. Rose*
JASON J. ROSE